**William T. Huguley, Appellant, v. Henry Hamburg et al., Appellees.**

**Gen. No. 19,962.    (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. M. L. McKINLEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed December 31, 1914.

### Statement of the Case.

The bill filed in this case recites the same facts, in substance, as those set up in the bill filed in the case of *Huguley v. Hamburg,* reported on p. 21, *ante,* and the legal questions involved are substantially the same. The only difference between the cases is that the bill in this case sets up the facts in more detail and also avers sundry additional facts for the purpose of showing that the officers of the Princeton Company refused to allow certain transfers of appellant's stock to be made upon the books of the company, as re-

quested by the complaining stockholders, and prays for more extended relief. A general demurrer was filed to the bill on the sole ground of want of equity on its face, which demurrer was sustained, and therefore the decision in the case above mentioned held controlling.

LEWIS, FOLSOM & STREETER and J. G. GROSSBERG, for appellant.

WINSTON, PAYNE, STRAWN & SHAW, for appellees; WALTER H. JACOBS and CHARLES J. McFADDEN, of counsel.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.